**03-13-00765-CV**

FILED
*July 27, 2015*
Third Court of Appeals
Jeffrey D. Kyle
Clerk

CAUSE NO. 03-13-00765-CR

ISAYAH § 3RD DISTRICT

ALKENYON § COURT OF

GRIFFIN § APPEALS, AUSTIN, TX

RECEIVED
JUL 27 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

## MOTION FOR REHEARING

COMES NOW ISAYAH ALKENYON GRIFFIN, AKA IG, BUT HEREINAFTER STYLED MOVANT, ACTING PRO SE AND WITH NO QUALIFIED CERTIFICATE OF INTELLIGENCE IN THE PRACTICE OF TEXAS FAMILY LAW, BY WHICH THIS CASE PERTAINS; DOES COME WITH RESPECT TO THE PRINCIPLES OF EQUITY PRACTICED BY THIS HONORABLE COURT TO PRESENT THE FOLLOWING:

### I

THAT ON FRIDAY JULY 17, 2015 THE ORDER DENYING RELIEF TO THE APPEAL FOR A PETITION FOR BILL OF REVIEW, UNDER THE ABOVE STYLED CAUSE AND NAME WAS BECOME FINAL BY AND THROUGH THE HONORABLE JUSTICES OF THIS SAME COURT;

### II

AND THAT WITH RESPECT TO THE ESTABLISHED DETERMINATIONS OF THE COURTS OF APPEALS, CONCERNING THE CRITERION TO BE MET WITH WHICH IS QUALIFIED TO BE ASSESSED AS SUFFICIENT GROUND OF MERIT IN THE PROOF THAT THE TRIAL COURT JUDGMENT WAS RENDERED OUT OF AN ABUSE OF ITS DISCRETION - THAT IT HAS ACTED IN AN UNREASONABLE AND ARBITRARY MANNER, DESPITE ANY FACTORS RELEVANT TO THE INTERIOR OF THE CASES GRIEVED INITIALLY; BUT WHERE EXTRINSIC FRAUD WAS AT ISSUE IN THE PARTICULAR INSTANCE HERE, THE COURT OF THE 426TH JUDICIAL DISTRICT FAILED TO HOLD A HEARING IN RESPONSE TO THE SUFFICIENTLY SUPPLIED INFORMATION OF PRIMA FACIE STANDARD, SO THAT REGARDLESS OF ANY OPINION THEREOF, IT COULD NOT HAVE BEEN PERFECTED NOR LEGITIMIZED BY ANY FORCE OF LAW, BECAUSE IT WAS RENDERED OUTSIDE OF THE "GUIDING RULES AND PRINCIPLES" GOVERNING THE JUDICIAL PROCESS OF BILL OF REVIEW CASES;

### III

THAT THE GOVERNMENT IN PRINCIPLE OF THE AFORESAID, THAT WAS VIOLATED WHEN THE 426TH JUDICIAL DISTRICT COURT RENDERED ITS ORDER, IS THAT WITH RESPECT TO THE STANDARD FOR 'EXTRINSIC FRAUD' CLAIM, A HEARING MUST FOLLOW TO INVESTIGATE AND TRY THE ISSUES BROUGHT FORTH, AND THE RECORD (ACCORDING TO CALDWELL V. BARNES, 154 SW 2D 93, 96 (TX 2004)), IN WHICH THE PLAINTIFF ASSUMES THE BURDEN OF PROVING THAT HE WAS NOT SERVED AND SUCH A LACK WAS NOT HIS FAULT, SO THAT AN AFF-

1 OF 2

IRMATIVE FINDING COULD BE DETERMINED; NONE OF THE DESIGNATED PROCESS GOVERNING THE BILL OF REVIEW PROCESS WAS FOLLOWED, AND THIS MOVANT BEING PARTY TO THAT CAUSE WAS HARMED DIRECTLY, BECAUSE HE WAS SUBJECT TO AN ORDER THAT IS CONSTITUTIONALLY INFIRM AND LEGALLY VOIDABLE BECAUSE IT IN AND OF ITSELF - THE ORDER, WAS ISSUED IN VIOLATION OF THE DUE PROCESS CLAUSE OF THE TEXAS CONSTITUTION, AND OF THE US FEDERAL CONSTITUTION - BY NOT HOLDING A TRIAL TO ACHIEVE AN AFFIRMATIVE FINDING OF SERVICE - AN ACT OF AN ABUSE OF DISCRETION AND AN ARBITRARY AND UNREASONABLE DEVIATION FROM THE GUIDING RULES AND PRINCIPLES GOVERNING BILL OF REVIEW CASES;

## IV

BUT MOREOVER, THAT BECAUSE THERE IS NO LEGAL REDEMPTION TO EXCUSE SUCH AN ABERRATION OF EQUITABLE DUTY BY ANY CERTIFIED LEGAL CORRESPONDENCY; THAT SUCH AN ORDER IS ALSO CONSTITUTIONALLY INFIRM; FOR ITS JUDGMENT TO BE AFFIRMED BY ANY LEGAL OPINION HIGHER OR LOWER, WOULD BE TO ABJECTLY DISAVOW THE MANDATES OF TEXAS CONSTITUTION AND OF US CONSTITUTION STIPULATIONS, IN ORDER TO ACHIEVE A RESULT THAT IS CONTRARY TO THE DIVINE PURSUIT OF EQUITY AND JUSTICE IN THE FACE OF THE PUBLIC AND WITHIN THE INNER CONFINES OF THE SOUL BY CONVICTION.

## PRAYER V PRAYER

THEREFORE, WITH REGARD TO THE ABOVECITED, THIS MOVANT PRAYS TO MOVE THIS MOST HONORABLE COURT THAT IT WOULD EITHER REVERSE ITS AFFIRMATIONAL JUDGMENT OF WAYWARD AND ILLEGAL TRIAL COURT'S JUDGMENT OR AND GRANT THE DUE COURSE OF PROCESS STILL WANTING IN THIS CAUSE, BY HOLDING ITS `MANDATORY TRIAL`; OR GRANT A NEW REHEARING, TO ATLEAST EXAMINE THE REQUIREMENTS IN THIS TYPE OF RARE CASE SO THAT ALL REMAINING DEBTS OF LEGAL PROCESS MAY BE FULFILLED IN THE NAME, OF THE TEXAS CONSTITUTION - THE BANNER BY WHICH ALL OF THESE PRINCIPLES AND ETHICS ARE FOUNDED; SO THAT THE DEMANDING CALL OF JUSTICE MAY PASS OVER THIS COURT'S RESPONSIBILITY TO ANOTHER CAUSE OF LEGAL INDIFFERENCE.

## INMATE'S DECLARATION

I, ISAYAH A. GRIFFIN, BEING PRESENTLY INCARCERATED IN THE TDCJ, DECLARE UNDER PENALTY OF PERJURY THAT ACCORDING TO MY BELIEF THE FACTS STATED HEREIN ARE TRUE AND CORRECT.

SIGNED THIS 20TH DAY OF JULY, 2015,

, MOVANT

JULY 21, 2015

TO: JEFFREY D. KYLE, CLERK

RE: MOTION FOR REHEARING

CAUSE NO: 03-13-00765-CR

GREETINGS:

ENCLOSED IS A MOTION FOR REHEARING, AND ITS 2 COPIES FOR TO BE FILED IN THIS COURT.

WOULD YOU PLEASE DEAL WITH THIS FILING, IN ITS TIME SO THAT IN THE ABOVE CAUSE NO: AND IN THE STYLE OF ISAYAH ALKENYON GRIFFIN V. THE STATE OF TEXAS, THE RECORD MAY DULY REFLECT THE UNFLAILING DILIGENCE ON MY OWN BEHALF, UNTIL JUSTICE IS MET IN THIS CAUSE.

ALSO BE NOTIFIED THAT THE MONEY FOR APPEAL UP TO THE TEXAS SUPREME COURT MAY AND SHALL ALSO SHORTLY ARRIVE BY A WEEK'S TIME. THANK YOU.

RESPECTFULLY SUBMITTED,

MOVANT
ISAYAH GRIFFIN #1196944

P.S. JUST IN CASE...

RECEIVED
JUL 2 7 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

ISAIAH GRIFFIN
11969944 MICHAEL
2664 FM 2054
TENN. CO. TX 75886

3RD COURT APPEALS
JEFFREY D. KYLE, CLERK
PO BOX 12547
AUSTIN, TX 78711-2547

